Amy B. Alderfer (SBN 205482)
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394.4700
aalderfer@cozen.com

Andrew M. Hutchison (SBN 289315)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: 415.644.0914
Facsimile: 415.644.0978
ahutchison@cozen.com

Attorneys for Defendant
Globus Medical, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BIRD; and CLARENCE BIRD,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBUS MEDICAL, INC. and DOES 1-100,<br><br>Defendants. | Case No.: 2:19-cv-01024-KJM-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER** |

Plaintiffs Christina Bird and Clarence Bird (collectively "Plaintiffs"), and Defendant Globus Medical, Inc. ("Defendant") (collectively, the "Parties"), have met and conferred and hereby submit the following Stipulation and Proposed Order to Amend the Status (Pretrial Scheduling) Order. The Parties recognize the mandate of Rule 16(b) of the Federal Rules of Civil Procedure that the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause. The Parties respectfully submit that good cause exists as set forth herein.

# RECITALS

WHEREAS, on March 22, 2019, Plaintiffs filed a Complaint in the Superior Court of the State of California for the County of San Joaquin, Case No. STK-CV-UPL-2019-3785;

WHEREAS, on June 5, 2019, Defendant filed a Notice of Removal of Plaintiffs' lawsuit pursuant to 28 U.S.C. §§1332, 1441, and 1446 [ECF No. 1];

WHEREAS, on July 10, 2019, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and noticed it for hearing on August 9, 2019 [ECF Nos. 8, 9];

WHEREAS, on July 11, 2019, the Court entered an order vacating the Status (Pretrial Scheduling) Conference set for October 10, 2019, advancing it to August 9, 2019, and directing the parties to file a joint status report seven (7) days prior to the Status (Pretrial Scheduling) Conference [ECF No. 10];

WHEREAS, on July 25, 2019, the Parties submitted a Joint Stipulation and [Proposed] Order to continue the Status (Pretrial Scheduling) Conference and set a new briefing schedule and hearing date for Defendant's Motion to Dismiss due to conflicts in Plaintiffs' counsel's schedule for a trial in another lawsuit [ECF No. 11];

WHEREAS, on July 26, 2019, the Court granted the Parties' Stipulation and continued the Status (Pretrial Scheduling) Conference and hearing date for Defendant's Motion to Dismiss to September 6, 2019 [ECF No. 12];

WHEREAS, on August 30, 2019, the Parties submitted their Joint Status Report in advance of the Status (Pretrial Scheduling) Conference [ECF No. 13];

WHEREAS, on August 30, 2019, the Parties completed their briefing on Defendant's Motion to Dismiss [ECF No. 15];

WHEREAS, on September 20, 2019 a hearing was held on Defendant's Motion to Dismiss and it was taken under submission [ECF No. 18];

WHEREAS, Defendant's Motion to Dismiss remains under submission;

WHEREAS, on September 23, 2019, the Court issued a Scheduling Order [ECF No. 19] to which Defendant objected [ECF No. 20];

WHEREAS, on October 31, 2019, the Court issued an Amended Pretrial Scheduling Order [ECF No. 23];

WHEREAS, to date, Defendant served written discovery on Plaintiffs and has served over approximately forty (40) subpoenas on Plaintiff Christine Bird's heath care providers who provided care and treatment before and since her 2010 surgery;

WHEREAS, Plaintiffs requested, and Defendant granted, extensions of time for Plaintiffs to respond to written discovery; Plaintiffs' counsel represented that additional time was needed due to the COVID-19 global pandemic which had caused Plaintiffs to be in an unstable living situation and between homes;

WHEREAS, Defendant determined the unverified discovery responses that were received to be deficient and sent a detailed meet and confer letter to Plaintiffs' counsel;

WHEREAS, Plaintiff Christina Bird has not provided supplemental discovery responses, has failed to execute authorizations so that Defendant may obtain, *inter alia*, medical, Medicare, social security and tax records, and Plaintiffs have failed to produce promised documents;

WHEREAS, Plaintiffs have repeatedly taken the position that they need more time because of the pandemic and the impact it has had on Plaintiffs' lives;

WHEREAS, Defendant filed a Motion to Compel Further Discovery [ECF No. 24] which is set for hearing on July 29, 2020;

WHEREAS, it is Defendant's position that it cannot take the depositions of the Plaintiffs or Ms. Bird's health care providers without complete medical records and complete discovery responses both of which it has been unable to obtain through no fault of its own;

WHEREAS, it also is Defendant's position that it requires a decision on the Motion to Dismiss so that it knows what claims are viable prior to depositions; and

WHEREAS, the Parties cannot complete discovery in time to meet the deadlines set forth in the Amended Pretrial Scheduling Order [ECF No. 23].

**STIPULATION**

Based upon the above recitals, the Parties, through their undersigned counsel, hereby stipulate that the Amended Pretrial Scheduling Order [ECF No. 23] be amended as follows:

1. All discovery shall be completed by **February 3, 2021;**

2. Plaintiffs shall designate in writing and serve upon Defendant the name, address, and area of expertise of each expert that they propose to tender at trial not later than **February 12, 2021**; by **March 4, 2021**, defendant shall designate in writing and serve upon Plaintiffs the name, address, and area of expertise of each expert.  The designation shall be accompanied by a written report prepared and signed by the witness. The report shall comply with Fed. R. Civ. P. 26(a)(2)(B). By **March 18, 2021**, Plaintiffs may submit a rebuttal list of expert witnesses who will express an opinion on a subject covered by an expert designated by defendant, if plaintiffs have not previously retained an expert to testify on that subject.  The rebuttal designation shall be accompanied by a written report, which shall also comply with the conditions states above;

3. All expert discovery shall be completed by **April 22, 2021**;

4. The filing of any *Daubert* and dispositive motions shall be filed by **June 1, 2021;** and

5. All dispositive motions shall be heard no later than **June 30, 2021**.

Dated:  July 10, 2020          LAW OFFICES OF JOSEPH W. CARCIONE, JR., APC

                               By:     /s/ Joshua S. Markowitz
                                       Joseph W. Carcione, Jr.
                                       Joshua S. Markowitz
                                       Attorneys for Plaintiffs
                                       Christina Bird and Clarence Bird

Dated:  July 10, 2020          COZEN O'CONNOR

                               By:     /s/ Amy Alderfer
                                       Amy B. Alderfer
                                       Andrew M. Hutchison
                                       Attorneys for Defendant
                                       Globus Medical, Inc.

# ORDER

For good cause shown, it is hereby Ordered that the Status (Pretrial Scheduling) Order shall be further amended as follows:

1. All discovery shall be completed by **February 3, 2021;**

2. Plaintiffs shall designate in writing and serve upon Defendant the name, address, and area of expertise of each expert that they propose to tender at trial not later than **February 12, 2021**; by **March 4, 2021**, defendant shall designate in writing and serve upon Plaintiffs the name, address, and area of expertise of each expert. The designation shall be accompanied by a written report prepared and signed by the witness. The report shall comply with Fed. R. Civ. P. 26(a)(2)(B). By **March 18, 2021**, Plaintiffs may submit a rebuttal list of expert witnesses who will express an opinion on a subject covered by an expert designated by defendant, if plaintiffs have not previously retained an expert to testify on that subject. The rebuttal designation shall be accompanied by a written report, which shall also comply with the conditions states above;

3. All expert discovery shall be completed by **April 22, 2021**;

4. The filing of any *Daubert* and dispositive motions shall be filed by **June 1, 2021;** and

5. All dispositive motions shall be heard no later than **June 30, 2021**.

**IT IS SO ORDERED.**

Dated: July 30, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE