Amy B. Alderfer (SBN 205482)
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394.4700
aalderfer@cozen.com

Andrew M. Hutchison (SBN 289315)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone: 415.644.0914
Facsimile: 415.644.0978
ahutchison@cozen.com

Attorneys for Defendant
Globus Medical, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BIRD; and CLARENCE BIRD,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBUS MEDICAL, INC. and DOES 1-100,<br><br>Defendants. | Case No.: 2:19-cv-01024-KJM-CKD<br><br>**JOINT STIPULATION AND ORDER TO AMEND THE ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS [ECF NO. 31]** |

Plaintiffs Christina Bird and Clarence Bird (collectively "Plaintiffs"), and Defendant Globus Medical, Inc. ("Defendant") (collectively, the "Parties"), have met and conferred and hereby submit the following Stipulation and Proposed Order to Amend the Court's August 19, 2020 Order Granting in Part and Denying in Part Defendant's Motion to Dismiss (the "Order").

**RECITALS**

WHEREAS, on March 22, 2019, Plaintiffs filed a Complaint in the Superior Court of the State of California for the County of San Joaquin, Case No. STK-CV-UPL-2019-3785;

1  WHEREAS, on June 5, 2019, Defendant filed a Notice of Removal of Plaintiffs' lawsuit pursuant to 28 U.S.C. §§1332, 1441, and 1446 [ECF No. 1];

WHEREAS, on July 10, 2019, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and noticed it for hearing on August 9, 2019 [ECF Nos. 8, 9];

WHEREAS, on August 30, 2019, the Parties completed their briefing on Defendant's Motion to Dismiss [ECF No. 15];

WHEREAS, on September 20, 2019 a hearing was held on Defendant's Motion to Dismiss and it was taken under submission [ECF No. 18];

WHEREAS, on August 19, 2020 the Court issued an Order granting in part and denying in part Globus's Motion to Dismiss [ECF No. 31];

WHEREAS, the Court's dismissal of Plaintiff's negligence per se and failure to warn claims found on the bottom of page 6 of the Order is not included in the final "Conclusion" section on page 15 of the Order nor does it appear in the Docket Text of the Order [ECF No. 31];

WHEREAS, specifically, on page 6 lines 24-26 of the Order, the Court states, ". . . purely economic damages are insufficient to plead injury for plaintiff's negligence claims and therefore plaintiff's negligence per se claim and failure to warn claim are DISMISSED with leave to amend." [ECF No. 31, Order at 15, lines 2-6];

WHEREAS, in the Conclusion section on page 15 of the Order and in the Docket Text of the Order, the dismissal of the negligence per se and failure to warn claims is not included. Instead the Conclusion states that: " . . . the court GRANTS defendant's motion to dismiss plaintiffs' fraud by concealment. The claim is DISMISSED with leave to amend. The court also GRANTS defendant's motion to dismiss all claims brought by plaintiff Clarence Bird. Those claims are also DISMISSED with leave to amend. The motion to dismiss is otherwise DENIED." [ECF No. 31, Order at 15, lines 2-6]; and

WHEREAS, the Docket Text states, in relevant part: "ORDER signed by Chief District Judge Kimberly J. Mueller on 8/18/2020 GRANTING defendant's motion to dismiss plaintiffs' fraud by concealment. DISMISSING the claim with leave to amend. GRANTING defendant's motion to

dismiss all claims brought by plaintiff Clarence Bird. DISMISSING those claims with leave to amend. DENYING the motion to dismiss."

**STIPULATION**

Based upon the above recitals, the Parties, through their undersigned counsel, hereby stipulate to and request that the Court issue an Amended Order and new Docket Text which includes the following language in the Conclusion of the Order and in the Docket Text: "The court GRANTS defendant's motion to dismiss plaintiffs' negligence per se and failure to warn claims. These claims are DISMISSED with leave to amend."

Dated:  August 20, 2020　　　　　　　　　　LAW OFFICES OF JOSEPH W. CARCIONE, JR., APC

　　　　　　　　　　　　　　By:　/s/ Joshua S. Markowitz
　　　　　　　　　　　　　　　　　Joseph W. Carcione, Jr.
　　　　　　　　　　　　　　　　　Joshua S. Markowitz
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　Christina Bird and Clarence Bird

Dated:  August 20, 2020　　　　　　　　　　COZEN O'CONNOR

　　　　　　　　　　　　　　By:　/s/ Amy Alderfer
　　　　　　　　　　　　　　　　　Amy B. Alderfer
　　　　　　　　　　　　　　　　　Andrew M. Hutchison
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　Globus Medical, Inc.

# ORDER

For good cause shown, it is hereby Ordered that the Court's August 19, 2020 Order shall be amended as follows: "The court GRANTS defendant's motion to dismiss plaintiffs' negligence per se and failure to warn claims. These claims are DISMISSED with leave to amend."  The Court will issue an Amended Order and in so doing will direct the Clerk of Court to docket that Amended Order with the Docket Text as requested by the parties.

**IT IS SO ORDERED.**

Dated:  September 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE